# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00036-CV

**Yong Yu and Chao Qun Restaurant Group, LLC, Appellants**

**v.**

**Chao-Qun Lu, Mei Hua You, Rong Di Lu, and Chang Le Restaurant, LLC, Appellees**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-006966, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants previously filed this interlocutory appeal challenging the trial court's order denying their motion to compel arbitration and filed a motion to stay the underlying proceedings. After reviewing the motion and the appellees' response, we granted appellants' motion and stayed the underlying proceedings until disposition of this appeal or further order from this Court. *See* Tex. R. App. P. 29.3 (authorizing appellate court to make temporary orders in interlocutory appeal to preserve parties' rights until disposition of appeal); *see also* Tex. Civ. Prac. & Rem. Code § 171.025(a) (requiring court to stay proceeding involving issue subject to arbitration if application for order is made under subchapter).

Following that ruling, appellants filed a motion to lift the stay for the limited purpose of allowing the trial court to rule on appellees' motion to show authority and motion to

disqualify.  In their motion, appellants explained that the trial court has already held a hearing on the motions but was unable to rule before the stay went into place.  Appellants have also certified that appellees are not opposed to the requested relief.

We grant appellants' motion and lift the stay for the limited purpose of allowing the trial court to rule on appellees' motion to show authority and motion to disqualify. Additionally, we direct appellants to file a status report with this Court regarding the trial court's rulings within two weeks of the date that the trial court issues its rulings.

It is ordered on March 11, 2022.


Before Justices Goodwin, Baker, and Triana